ANDERSON KILL & OLICK, P.C.  
Todd E. Duffy  
Dennis J. Nolan  
1251 Avenue of the Americas  
New York, New York 10020-1182  
Tel: (212) 278-1000  
Fax: (212) 278-1733  
*Attorneys for the Debtor and Debtor in Possession*

**Presentment Date: December 14, 2009 at 12:00 noon**
**Objection Deadline: December 14, 2009 at 11:30 a.m.**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
In re:

MORNING STAR RESTAURANT GROUP, LLC,

Debtor.
-------------------------------------------------------------------x

Chapter 11

Case No. 09-11189 (ALG)

### NOTICE OF PRESENTMENT OF ORDER (A) CONDITIONALLY APPROVING THE PLAN AS THE DISCLOSURE STATEMENT AND (B) PROVIDING A SCHEDULE FOR CONFIRMATION

**PLEASE TAKE NOTICE,** that upon the annexed ("Application") of the above captioned debtor (the "Debtor"), the undersigned will present the attached proposed order for signature to the Honorable Allan L. Gropper, United States Bankruptcy Judge, at the United States Bankruptcy Court, One Bowling Green, New York on the 14th day of December, 2009 at 12:00 p.m.

**PLEASE TAKE FURTHER NOTICE,** that objections, if any, to the proposed order must be made in writing and received in Judge Gropper's chambers and by the undersigned not later than 11:30 a.m. on December 14, 2009. Unless objections are received by that time, the order may be signed.

Dated: New York, New York  
December 8, 2009

**ANDERSON KILL & OLICK, P.C.**

By: /s/ Todd E. Duffy_____
Todd E. Duffy
Dennis J. Nolan
1251 Avenue of the Americas
New York, New York 10020-1182
Telephone: (212) 278-1000
Facsimile: (212) 278-1733
*Attorneys for the Debtor and Debtor-in-Possession*

NYDOCS1-928365.1