# ANDERSON KILL & OLICK, P.C.

Attorneys and Counselors at Law

1251 AVENUE OF THE AMERICAS ■ NEW YORK, NY 10020-1182
TELEPHONE: 212-278-1000 ■ FAX: 212-278-1733
www.andersonkill.com

Dennis J. Nolan, Esq.
dnolan@andersonkill.com
(212) 278-1659

By ECF

September 20, 2010

Hon. Allan L. Gropper
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

      Re:   In re Morning Star Restaurant Group, LLC
               Chapter 11 Case No. 09-11189 (ALG)

Dear Judge Gropper:

      During my earlier conversation with Your Honor's Chambers today, I reported that the Office of the United States Trustee and the Debtor had agreed to adjourn tomorrow's scheduled hearing on both Anderson Kill & Olick's Motion to Withdraw as Counsel to the Debtor and the Motion of the Office of the United States Trustee to Dismiss or Convert. At the request of Chambers, I hereby confirm this agreement. Pursuant to my representations, the Court has adjourned the hearing on both motions to October 20, 2010 at 10:00 a.m.

      Respectfully,

      Dennis J. Nolan

cc:   Andrea B. Schwartz, Esq. (via e-mail and ECF)

NYDOCS1-953407.1

New York ■ Greenwich ■ Newark ■ Philadelphia ■ Ventura ■ Washington, D.C.