Alter, Goldman & Brescia, LLP
550 Mamaroneck Avenue, Suite 510
Harrison, New York 10528
(914) 670-0030
(914) 670-0031

Bruce R. Alter (0457)
Dana P. Brescia (0501)

---------------------------------------------------------------X

In re:                                           Chapter 11

MORNING STAR RESTAURANT GROUP, LLC               Case No. 09-11189 (ALG)

                 Debtor.

---------------------------------------------------------------X

STATE OF NEW YORK             )
                              ss:
COUNTY OF WESTCHESTER         )

      Laura Fetters, being duly sworn, deposes and says:

      I am not a party to the action, am over 18 years of age and reside in Harrison, New York.

      On March 17, 2011, I served the within Response on behalf of Lawrence Jordan, Managing Member, of Debtor, Morning Star Restaurant Group, LLC, to Motion of the United States Trustee, Pursuant to 11 U.S.C. §1112(b), to Dismiss or Convert Chapter 11 Case, by depositing a true copy thereof in a properly addressed envelope in a post-paid wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within New York State, on the entities at the addresses set forth after each name as follows on the Service List annexed hereto as Exhibit "A".

                                                */s/ Laura Fetters*
                                                Laura Fetters

Sworn to before me
this 17th day of March, 2011.
*/s/ Dana P. Brescia*
Dana P. Brescia
Notary Public, State of New York
No. 02BR6056891
Qualified in Westchester County
My commission expires 04/02/2011

Exhibit "A"

| | | |
|---|---|---|
| AICCO, Inc.<br>1001 Winstead Drive, Suite 500<br>Cary, NC 27513-2133 | AICCO, Inc.<br>Imperial A.I. Credit Companies, Inc.<br>101 Hudson Street, 34th Floor<br>Jersey City, NJ 07302-3905 | Action Carting Environmental SVC. Inc.<br>429 Frelinghuysen Avenue<br>Newark, NJ 07114-1426 |
| Berlin & Denmar Distributors Inc.<br>355 Food Center Drive Bldg. E<br>1234 Hunts Point Market<br>Bronx, NY 10474 | Best Metropolitan Towel & Linen<br>P.O. Box 906<br>60 Madison Avenue<br>Hempstead, NY 11550-4812 | Mark L. Beigelman, Esq.<br>Beigelman, Feiner & Feldman, P.C.<br>100 Wall Street, 23rd Floor<br>New York, NY 10005-3704 |
| Casablanca Meat Market<br>127 East 110th Street<br>New York, NY 10029-8054 | Cheryl Smith<br>10 Mount Morris Park West, Unit 2<br>New York, NY 10027-6512 | Con Edison<br>JAF Station<br>P.O. Box 1702<br>New York, NY 10012-2892 |
| Consolidated Edison Company of NY, Inc.<br>4 Irving Place, Room 1875-S<br>New York, NY 10003-3502<br>Attn: Bankruptcy Group. | David Rosen Bakers Supply, Inc.<br>350 Meserole Street<br>Brooklyn, NY 11206-1733 | Doerfler Maple Farm<br>478 Brock Hill Road West<br>West Newbury, VT 05085 |
| Ecolab Pest Elimination<br>P.O. Box 6007<br>Grand Forks, ND 58206-6007 | Ecolab, Inc.<br>655 Oak Drive, Blog A-1<br>Eagan, MN 55121 | Ecolab, Inc.<br>P.O. Box 905327<br>Charlotte, NC 28290-5327 |
| Edward B. Mendy, Esq.<br>Mendy & Beekman, PLLC<br>2 Penn Center, Suite 200<br>Philadelphia, PA 19102-1754 | Gloria Carney<br>Nicholas & Cane, LLP<br>6800 Jericho Turnpike, Suite 120W<br>Syosset, NY 11791-4445 | Golden Protective Services Inc.<br>P.O. Box 7756<br>Salem, OR 97303-0152 |
| Internal Revenue Service<br>Centralized Insolvency Operations<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Jerome Taylor<br>c/o UPS Store<br>168 2nd Avenue<br>New York, NY 10003-5754 | Mark L. Beigelman<br>1 University Place, #5A<br>New York, NY 10003-4565 |
| Michael Stewart<br>c/o JAA<br>14201 Pecan Park Road<br>Jacksonville, FL 32218-9411 | Michael Vann<br>VGM Development Group<br>114 West 114th Street<br>New York, NY 10026-3068 | Michael Vann<br>VGM Development Group<br>62 West 124th Street, Apt. #5C<br>New York, NY 10027-5737 |
| Mitchell Enterprises<br>2050 Center Avenue<br>Fort Lee, NJ 07024-4988<br>Attn: Mitchell Mekles | Morning Star Communications, LLC<br>68 West 120th Street<br>New York, NY 10027-6308 | Morning Star Restaurant Group, LLC<br>68 West 120th Street<br>New York, NY 10027-6308 |

| | | |
|---|---|---|
| New York State Dept. of Labor<br>Unemployment Insurance Division<br>W.A. Harriman State Office Bldg. Campus<br>Bldg. 12, Room 256<br>Albany, NY 12240-0001 | NY State Dept. of Taxation & Finance<br>W.A. Harriman Campus Bldg. 8<br>Albany, NY 12227-0001 | NY State Dept. of Taxation and Finance<br>Bankruptcy Section<br>P.O. Box 5300<br>Albany, NY 12205-0300 |
| NYC Dept. of Health and Mental Hygiene<br>125 Worth Street, CN #30<br>New York, NY 10013-4006 | NYC Dept. of Health and Mental Hygiene<br>66 John Street, 11th Floor<br>New York, NY 10038-3736 | NYC Dept. of Finance<br>Audit Division<br>Attn: Bankruptcy Unit<br>345 Adams Street, 5th Floor<br>Brooklyn, NY 11201-3719 |
| Ridge Produce<br>P.O. Box 740454<br>Bronx, NY 10474-0008<br>Attn: Hal Burdo | Sea Breeze Fish Market, Inc.<br>541 Ninth Avenue<br>New York, NY 10018 | Solara Jones<br>45 River Drive South<br>Jersey City, NJ 07310-1741 |
| State of New York<br>Department of Labor<br>State Office Building, Campus, Room #500<br>Albany, NY 12240-0001 | State of New York<br>Worker's Compensation Board<br>Judgment Unit<br>20 Park Street<br>Albany, NY 12207-1604 | State of New York<br>Worker's Compensation Board<br>Bureau of Compliance<br>20 Park Street<br>Albany, NY 12207-1604 |
| Tri-State Malted Waffle Inc.<br>P.O. Box 197<br>Milford, NH 03055-0197 | Tuscan & Beyer<br>156-02 liberty Avenue<br>Jamaica, NY 11433-1009 | Office of the United States Trustee<br>Attn: Andrea B. Schwartz, Esq. - Trustee<br>33 Whitehall Street, 21st Floor<br>New York, NY 10004-2122 |
| Valerie Jackson Taylor<br>301 W. 110th Street #3W<br>New York, NY 10026-4060 | Valerie Taylor<br>c/o UPS Store<br>168 2nd Avenue<br>New York, NY 10003-5754 | Verizon<br>P.O. Box 3037<br>Bloomington, IL 61702-3037 |
| Verizon<br>P.O. Box 489<br>Newark, NJ 07101-0489 | Dennis J. Nolan, Esq.<br>Anderson Kill & Olick, P.C.<br>1251 Avenue of the Americas<br>New York, NY 10020-1182 | Todd E. Duffy, Esq.<br>Anderson Kill & Olick, P.C.<br>1251 Avenue of the Americas<br>New York, NY 10020-1182 |
| T. Michael Wickersham, Esq.<br>Beigelman, Feiner & Feldman, P.C.<br>100 Wall Street, 23rd Floor<br>New York, NY 10005-3704 | Ralph Washington<br>c/o Gottlieb & Associates<br>150 East 18th Street<br>New York, NY 10003 | Universal Premium Financing, Inc.<br>9 East 37th Street<br>New York, NY 10016 |
| Neal S. Mann, Esq.<br>Asst. Attorney General<br>NYS Department of Taxation and Finance<br>120 Broadway, 24th Floor<br>New York, NY 10271 | United States Attorney<br>One St. Andrew's Plaza<br>Claims Unit – Room 417<br>New York, NY 10007 | Brian S. Adjo, CPA<br>Brian S. Carr & Co.<br>154 West 131st Street, 3rd Floor<br>New York, NY 10027 |
| Robert D. Block, Esq.<br>Law Offices of Harry Block<br>305 Madison Avenue, Suite 458<br>New York, NY 10165 | Michael D. Stewart<br>10218 Shore View Drive<br>N. Jacksonville, Florida 32218 | Jerome Taylor<br>301 West 110th Street, #3W<br>New York, NY 10026 |

Lawrence Jordan  
113 W. 116th Street  
New York, NY  10026