ALTER, GOLDMAN & BRESCIA, LLP
550 Mamaroneck Avenue, Suite 510
Harrison, New York 10528
Telephone: (914) 670-0030
Facsimile: (914) 670-0031

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

In re:                                        Chapter 11
                                              Case No.: 09-11189(ALG)

MORNING STAR RESTARUANT GROUP, LLC,

                    Debtor.
------------------------------------------------------------ X

## NOTICE OF APPEARANCE AND REQUEST TO RECEIVE NOTICES

**PLEASE TAKE NOTICE**, that **ALTER, GOLDMAN & BRESCIA, LLP** hereby appears as counsel to Morning Star Restaurant Group, LLC in the above-referenced matter, and pursuant to U.S.C. §1109 and Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure demand that all notices that are required to be given and all pleadings and orders that are required to be served in this case, be served at the address listed below:

**Alter, Goldman & Brescia, LLP
550 Mamaroneck Avenue, Suite 510
Harrison, New York 10528
Telephone: (914) 670-0030
Facsimile: (914) 670-0031
Email: info@altergoldlaw.com
Attn:   Bruce R. Alter, Esq.
Dana P. Brescia, Esq.**

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not only the notice, pleadings and orders referred to in the Rules specified above, but also includes, without limitation, all other notices and papers, applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, facsimile, telex, electronic means or otherwise, which affects the above-captioned Debtor, property in its possession, custody or control or the administration of the Debtor's bankruptcy case.

Dated: Harrison, New York
April 4, 2011

**ALTER, GOLDMAN & BRESCIA, LLP**
Attorneys for Morning Star Restaurant Group, LLC

By:/s/ **Bruce R. Alter**
BRUCE R. ALTER (BA-0457)
550 Mamaroneck Avenue, Suite 510
Harrison, New York 10528
(914) 670-0030

*TO:* *Andrea B. Schwartz, Esq.*
Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, New York 10004

## CERTIFICATION OF SERVICE

I hereby certify that on this 4th day of April, 2011, a copy of the within Notice of Appearance was sent via first class mail to:

*Andrea B. Schwartz, Esq.*
Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, New York 10004


Dated: Harrison, New York
April 4, 2011

By:/s/ **Dana P. Brescia**
DANA P. BRESCIA (DB-0501)
**ALTER, GOLDMAN & BRESCIA, LLP**
Attorneys for Morning Star Restaurant Group, LLC
550 Mamaroneck Avenue, Suite 510
Harrison, New York 10528
(914) 670-0030