UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
                                                    :

In re                                              :         Chapter 11

MORNING STAR RESTAURANT      :         Case No. 09-11189 (ALG)
  GROUP, LLC,

                Debtor.

-------------------------------------------------------x

## NOTICE OF APPOINTMENT OF CHAPTER 11 TRUSTEE

To:    Marianne T. O'Toole:

      You are hereby notified of your appointment as Chapter 11 Trustee of the estate of the captioned debtor, subject to Court approval. You further are notified that you must obtain a bond in an amount not less than $250,000.00, pursuant to Section 322 of title 11, United States Code.

Dated: New York, New York
       May 4, 2011

                                            TRACY HOPE DAVIS
                                            UNITED STATES TRUSTEE

                                            By /s/ *Andrea B. Schwartz*
                                                  Andrea B. Schwartz
                                                  Trial Attorney
                                                  33 Whitehall Street, 21st Floor
                                                  New York, New York 10004
                                                  Tel. No. (212) 510-0500