UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
                                                   :

In re                                        :          Chapter 11

MORNING STAR RESTAURANT    :          Case No. 09-11189 (ALG)
  GROUP, LLC,

                Debtor.     :

-------------------------------------------------------x

## ORDER APPROVING APPOINTMENT OF CHAPTER 11 TRUSTEE

Upon the United States Trustee's Application for Order Approving Appointment of A Chapter 11 Trustee, dated May 4, 2011; and it appearing that Marianne T. O'Toole, a disinterested person within the meaning of Section 101(14) of title 11, United States Code (the "Bankruptcy Code"), has been appointed by the United States Trustee as the Chapter 11 trustee in the captioned case for Morning Star Restaurant Group, LLC (the "Debtor"), and after due deliberation and sufficient cause appearing thereof; it is hereby:

ORDERED, that the appointment of Marianne T. O'Toole, as Chapter 11 trustee, is approved in the bankruptcy case of the Debtor, pursuant to Section 1104(d) of the Bankruptcy Code.

Dated: New York, New York
       May 4, 2011

                                                 */s/ Allan L. Gropper*
                                                 HONORABLE ALLAN L. GROPPER
                                                 UNITED STATES BANKRUPTCY JUDGE