SilvermanAcampora LLP
*Character is Everything ®*

Ronald J. Friedman
Member of the Firm

Direct Dial: 516.479.6303
Direct Fax: 516.945.6303
RFriedman@SilvermanAcampora.com

May 12, 2011

Honorable Allan L. Gropper
United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

   Re: Morning Star Restaurant Group, LLC
     *a/k/a* Amy Ruth's Restaurant
     Chapter 11
     <u>Case No. 09-11189-alg</u>
     Our File No.: 060339

Honorable Sir:

  We are proposed counsel to Marianne T. O'Toole, the Chapter 11 Trustee appointed in the above-referenced bankruptcy proceeding.

  This letter shall serve to confirm that the hearing to consider the Trustee's motion for the entry of an order converting the chapter 11 case to a case under chapter and authorizing the Chapter 7 Trustee to operate the Debtor's business scheduled for May 13, 2011 at 10:30 a.m. has been adjourned to May 16, 2011 at 2:30 p.m.

  If the Court has any questions, please do not hesitate to have a member of Your Honor's staff contact me.

            Respectfully yours,

            *s/Ronald J. Friedman*

            Ronald J. Friedman

RJF;cg

RJF/915611/V1/060339